FILED

MAR 31 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>AARON JAMES VAUGHN,<br><br>Defendants. | Case No. 3:17-mj-70452  MEJ<br><br>Charging District's Case No.<br>2:08-cr-00052-KJM |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Eastern District of California.

The defendant may need an interpreter for this language: No Interpreter Needed.

The defendant:          ( ) will retain an attorney.

( X ) is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States Marshal must transport the defendant, together with

a copy of this order, to the charging district and deliver the defendant to the United States Marshal

for that district, or to another officer authorized to receive the defendant.  The Marshal or officer

of the charging district should immediately notify the United States Attorney and the Clerk of the

Clerk for that district of the defendant's arrival so that further proceedings may be promptly

scheduled.  The Clerk of this district must promptly transmit the papers and any bail to the

charging district.

Dated: March 31, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
Northern District of California